```
ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
```

Attorneys for DEBRA VOLLE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VOLLE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SKY DELICASIES, A CALIFORNIA CORPORATION DBA CAFE SAN JOSE; MARGARET TUSO; SALVATORE P. TUSO; CHARLES JACK TUSO; MARILYN LOUISE TUSO; STEVE S. TUSO; KANDI L. TUSO, ANNETTE TUSO ELISSAGARAY; FRANK NEMIROFSKY; BEATRICE MARIE NEMIROFSKY,<br><br>　　　　　Defendants. | Case No. 25-cv-07825-EKL<br><br>**NOTICE OF VOLUNTARY DIMISSAL OF ACTION WITHOUT PREJUDICE AS TO DEFENDANTS MARGARET TUSO; SALVATORE P. TUSO; CHARLES JACK TUSO; MARILYN LOUISE TUSO; STEVE S. TUSO; KANDI L. TUSO, ANNETTE TUSO ELISSAGARAY; FRANK NEMIROFSKY; BEATRICE MARIE NEMIROFSKY; AND RESERVATION OF RIGHTS AGAINST DEFENDANT SKY DELICASIES** |

NOTICE OF VOLUNTARY DIMISSAL OF ACTION WITHOUT PREJUDICE AS TO DEFENDANTS MARGARET TUSO; SALVATORE P. TUSO; CHARLES JACK TUSO; MARILYN LOUISE TUSO; STEVE S. TUSO; KANDI L. TUSO, ANNETTE TUSO ELISSAGARAY; FRANK NEMIROFSKY; BEATRICE MARIE NEMIROFSKY; AND RESERVATION OF RIGHTS AGAINST DEFENDANT SKY DELICASIES

1

PLEASE TAKE NOTICE that Plaintiff DEBRA VOLLE dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendants MARGARET TUSO; SALVATORE P. TUSO; CHARLES JACK TUSO; MARILYN LOUISE TUSO; STEVE S. TUSO; KANDI L. TUSO, ANNETTE TUSO ELISSAGARAY; FRANK NEMIROFSKY; BEATRICE MARIE NEMIROFSKY.

These defendants have filed neither an answer or a motion for summary judgment.

Plaintiff reserves all rights against Defendant SKY DELICASIES.

Date: November 4, 2025                                            ALLACCESS LAW GROUP

*/s/ Irakli Karbelashvili*
By IRAKLI KARBELASHVILI,
Esq. Attorney for Plaintiff
DEBRA VOLLE